# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

v.

**LUIS ANGEL QUIJANO-CRUZ**

Defendant.

CRIM. NO. 24-69 (SCC)

## ORDER OF DETENTION

Defendant was on conditions of supervised release pending trial. See Docket No. 11. On September 17, 2024, the United States Probation Office ("USPO") filed a motion informing of Defendant's violations of his conditions of bail and requesting modification of those conditions. Docket No. 45. The USPO informed that Defendant was arrested by the PRPD for alleged criminal conduct that occurred prior to his arrest in this case. The USPO also informed that, on September 2, 2024, Defendant removed his location monitoring device. The USPO recommended the modification of Defendant's conditions of release. The motion was referred to the undersigned. Docket No. 46.

On October 7, 2024, the Government opposed expressing concerns as to Defendant's aggressive conduct prior to his arrest in this case, his alleged access to firearms, history of mental health, and prior violation of the conditions of release imposed by this Court. Docket No. 52. On October 18, 2024, the Government

1

moved to re-open the bail hearing under 18 U.S.C. § 3142(f), citing to new information, namely Defendant's access to firearms and previous violent behavior. Docket No. 65. On October 20, 2024, the USPO filed a supplemental motion informing of additional violations of the conditions of bail. Docket No. 70. As alleged, those included violations of a restraining order that was issued against Defendant on June 14, 2024, and an admission to the use of marihuana. The USPO requested the revocation of bail. Id.

On October 21, 2024, the case was called for a hearing to show cause why bail should not be revoked. Docket No. 74. Defendant was temporarily detained pending the outcome of the bail revocation and/or new bail hearing that was scheduled for that afternoon. Docket No. 75. The case was called for the hearing but Defendant requested a continuance. Id. The case was re-scheduled for October 25, 2024. Id. On October 24, 2024, Defendant informed the Court that he would not be contesting revocation of bail and requested that the Court enter an order of detention pending trial. Docket No. 80.

Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release, and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b). A bail revocation hearing was scheduled but not held because

2

Defendant informed that he would not be contesting revocation. Docket No. 80. Because Defendant has not contested the allegations in the motions filed by the USPO at Docket Nos. 45 and 70, which allege new criminal conduct and violations of other conditions of release, or the Government's proffer at Docket No. 65, Defendant's bail is revoked and Defendant is ordered detained pending trial as there are no conditions of release to reasonably assure that Defendant does not pose a danger to the community or a risk of flight.

    IT IS SO ORDERED.
    In San Juan, Puerto Rico, this 29th day of October 2024.

    s/ Giselle López-Soler
    GISELLE LÓPEZ-SOLER
    United States Magistrate Judge